UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HAROLD HENDERSON
ADC #85533                                                                                          PLAINTIFF

v.                         CASE NO. 5:10CV00144 BSM/HDY

CORRECTIONAL MEDICAL
SERVICES INC., et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed today, judgment is entered dismissing this case without prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 3rd day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE